UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

HELEN GREENE JOHNSON, *As Administrator of the Estate of Khalil Islam, also known as Thomas Johnson, Deceased,*

Plaintiff,

— against —

THE CITY OF NEW YORK, *et al.,*

Defendants.

---

Case No. 22-CV-4112 (RML)

**ORDER OF COMPROMISE**

---

**WHEREAS**, Plaintiff Helen Greene Johnson, as Administrator of the Estate of her late husband, Khalil Islam (also known as Thomas Johnson) (the "Estate"), commenced this action on July 14, 2022 (the "Action");

**WHEREAS**, the parties have agreed to settle all claims in the Action, including Plaintiff's claim for attorneys' fees and costs, for $13 million ($13,000,000.00);

**WHEREAS**, the parties have entered into a Stipulation of Settlement ("Stipulation of Settlement"); and

**WHEREAS**, pursuant to New York Estates, Powers & Trusts Law § 5-4.6, Plaintiff has requested that this Court approve the settlement as well as Plaintiff's counsel's attorneys' fees:

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1.       The settlement to resolve this Action in the amount of $13,000,000.00 is approved and deemed adequate and reasonable, and Plaintiff Helen Greene Johnson, as Administrator of the Estate of her late husband, Khalil Islam (also known as Thomas Johnson), is authorized to settle and discontinue the claims and causes of action of the Estate

1

against the Defendants in this Action.

2.      Pursuant to the parties' settlement agreement, Defendants shall deliver to Plaintiff's counsel two checks comprising the $13,000,000.00 settlement amount (the "Settlement Amount"): one made payable to "David B. Shanies Law Office LLC, as Attorney for Helen Greene Johnson, Administrator of the Estate of Khalil Islam (also known as Thomas Johnson)" (or, for brevity, "David B. Shanies Law Office LLC, as Attorney"), in the amount of $8,666,666.67, and one to "David B. Shanies Law Office LLC" in the amount of $4,333,333.33, representing attorneys' fees and in satisfaction of all costs and disbursements.

3.      Plaintiff's counsel shall deposit both checks in the firm's interest-bearing escrow account.

4.      Of the Settlement Amount, $4,333,333.33 is approved as attorneys' fees for David B. Shanies Law Office LLC, for services to the Plaintiff.

5.      The attorneys' fees approved by this Court for the prosecution of the action for wrongful acts, neglect or default, which shall be in satisfaction of all costs and disbursements, shall be immediately payable from the Settlement Amount upon submission to this Court of proof of filing of a petition for allocation and distribution in the New York County Surrogate's Court on behalf of Khalil Islam's (also known as Thomas Johnson) Estate.

6.    David B. Shanies Law Office LLC shall continue to serve as counsel for the Estate until the entry of a final decree in the Surrogate's Court.

SO ORDERED.

Dated:  Brooklyn, New York
~~December~~ ___, 2022

January 13, 2023

THE HONORABLE ROBERT M. LEVY
UNITED STATES MAGISTRATE JUDGE